1018

[No. 63928-5-I.   Division One.   June 1, 2010.]

PETER J. LANGE, *Appellant*, v. FRANCIS S. WHELAN, *Respondent*.

The unpublished opinion in this cause was *withdrawn* by order of the Court of Appeals dated September 7, 2010. A substitute unpublished opinion was filed on September 7, 2010. See 157 Wn. App. 1052.

[No. 64241-3-I.   Division One.   June 1, 2010.]

SOMETHING SWEET, LLC, ET AL., *Appellants*, v. NICK-N-WILLY'S FRANCHISE COMPANY, LLC, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 08-2-26457-2, Harry J. McCarthy, J., entered February 26, 2009. *Affirmed* by unpublished opinion per Lau, J., concurred in by Dwyer, C.J., and Ellington, J. Now published at 156 Wn. App. 817.

[No. 64905-1-I.   Division One.   June 1, 2010.]

DAVID CARPENTER, *Appellant*, v. DAVID GLENN ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Lewis County, No. 08-2-01263-6, James W. Lawler, J., entered May 18, 2009. *Reversed* and *remanded with instructions* by unpublished opinion per Lau, J., concurred in by Grosse and Schindler, JJ.

[No. 64914-1-I.   Division One.   June 1, 2010.]

PAUL J. RUTLEDGE, *Plaintiff*, v. SUSAN E. BECK, *Defendant*, BRYAN CHUSHCOFF, *Appellant*.

RYAN THOMAS ET AL., *Respondents*, v. PAUL J. RUTLEDGE ET AL., *Defendants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-2-09367-1, Bruce W. Hilyer, J. Pro Tem., entered August 10, 2009. *Affirmed* by unpublished opinion per Cox, J., concurred in by Appelwick and Lau, JJ.